# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00698-CR

**Roni Medearis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-08-90487, HONORABLE JIM CORONADO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Roni Medearis seeks to appeal the trial court's denial of his motion for post-conviction DNA testing. However, the clerk's record does not contain the required trial court certification of Medearis's right of appeal. *See* Tex. R. App. P. 25.2(a)(2) (requiring trial court's certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"), (d) (requiring record to include trial court's certification).

This appeal is therefore abated and the trial court is directed to prepare and file its certification of Medearis's right of appeal as required by Rule 25.2(a)(2). A supplemental clerk's record containing the trial court's certification shall be filed with this Court no later than August 26, 2013. *See* Tex. R. App. P. 25.2(d), 34.5(c)(2).

Before Justices Puryear, Pemberton and Rose

Filed:   July 26, 2013

Abated

Do Not Publish